Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18−30062−KCF
                Chapter: 13
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Judy L. Koppel
    8 Juniper Lane
    Jackson, NJ 08527

Social Security No.:
    xxx−xx−0545

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/13/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 14, 2018
JAN: bwj

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Judy L. Koppel  
    Debtor

Case No. 18-30062-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin           Page 1 of 1         Date Rcvd: Dec 14, 2018
                          Form ID: 148          Total Noticed: 10

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db             +Judy L. Koppel,    8 Juniper Lane,    Jackson, NJ 08527-1343
517802865      +ACS/Bank of America,    501 Bleeker Street,    Utica, NY 13501-2401
517830233      +National Collegiate Student Loan Trust 2006-4,    Po Box 4275,    Norcross, GA 30091-4275
517831700      +National Collegiate Student Loan Trust-2007-4,    Po Box 4275,    Norcross, GA 30091-4275
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2018 00:00:28     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2018 00:00:24     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517900812       EDI: CAPITALONE.COM Dec 15 2018 04:34:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517802866      +EDI: NAVIENTFKASMSERV.COM Dec 15 2018 04:33:00      Sallie Mae,    POB 9635,
                 Wilkes Barre, PA 18773-9635
517802867      +E-mail/Text: jennifer.chacon@spservicing.com Dec 15 2018 00:01:32
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
517807185      +EDI: RMSC.COM Dec 15 2018 04:34:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Andrew G. Greenberg    on behalf of Debtor Judy L. Koppel a.greenberglawfirm@verizon.net
              Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon as Trustee for CWABS,
               Inc. Asset-Backed Certificates, Series 2006-8 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```